# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
HIGHMARK, INC., SUCCESSOR IN *
INTEREST TO PENNSYLVANIA *
BLUE SHIELD AND SUBSIDIARIES, *
*
Plaintiff, * No. 05-1030T
*
v. * (Filed: November 3, 2005)
*
THE UNITED STATES, *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

On September 26, 2005, the parties were informed by a Notice of Designation from the Clerk's Office that this case has been designated as an electronic case in the court's case management/electronic case filing system (CM/ECF) system. The notice stated that all documents are to be filed electronically and directed the parties to "immediately obtain a CM/ECF account."

Additionally, the notice informed the parties that the Clerk's office will effect service of electronically filed documents in paper form for 30 days from the date the case was opened if counsel have not yet obtained an account.

Although counsel for defendant has obtained his account, counsel for plaintiff has not. The Court will not accept an attorney's failure to be registered and trained as good cause for failing to file any document in this matter.

As the 30-day time period expired October 26, 2005, the Court hereby **ORDERS** plaintiff's counsel to comply with the provisions for obtaining a CM/ECF account set forth in the Notice of Designation filed September 26, 2005, by or before November 23, 2005.

/s Lawrence S. Margolis
LAWRENCE S. MARGOLIS

Senior Judge, U.S. Court of Federal Claims