**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| HIGHMARK, INC., SUCCESSOR IN INTEREST TO PENNSYLVANIA BLUE SHIELD AND SUBSIDIARIES | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 05-1030 T<br>Judge Margolis |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**MOTION FOR ENLARGEMENT OF TIME**

Defendant, the United States of America, respectfully moves the Court for an enlargement of time of sixty days, from January 24, 2006, to and including March 27, 2006, within which to answer or otherwise respond to the complaint in the above-captioned case. This is the second enlargement requested for this purpose.

As good cause therefor, defendant states as follows:

This is a suit in which plaintiff alleges and seeks the refund of an overpayment of federal corporate income tax. In responding to tax refund suits, defendant's attorneys must rely on information provided by the Office of the Chief Counsel, Internal Revenue Service. Upon receiving plaintiff's complaint, defendant's attorneys immediately forwarded a copy to the Office of the Chief Counsel along with a request to assemble the necessary administrative files and to provide the Chief Counsel's recommendations as to how the government should proceed. Due to processing difficulties within the Internal Revenue Service, Defendant's attorneys did not receive

any administrative files from the Chief Counsel's Office until January 18, 2006. Although it appears that the administrative files are incomplete, Chief Counsel's attorneys have represented that they do not expect to be able to locate any additional administrative documents. Defendant's attorneys therefore plan to answer the complaint based on the files in its possession. Nonetheless, due to the late arrival of the files, defendant's attorneys will need additional time to read through the documents before responding to plaintiff's complaint.

In addition, defendant's attorneys have yet to receive a recommendation from the Chief Counsel's Office on how to defend this case and do not expect to receive it in time to file an answer by January 24, 2006, the date on which the answer is currently due. According to representations made by the Chief Counsel's attorneys, the enlargement of time requested will be sufficient for them to finish formulating their recommendations, while leaving enough time for defendant's attorneys to review the Chief Counsel's materials and draft a meaningful answer.

We are authorized to state that counsel for plaintiff has no objection to this motion.

WHEREFORE, defendant prays its motion be granted.

Respectfully submitted,

s/ Karen Servidea

Karen Servidea
*Attorney of Record*
*United States Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
*Voice: (202) 616-3423*
*Fax: (202) 514-9440*
*Email: karen.e.servidea@usdoj.gov*

EILEEN J. O'CONNOR
*Assistant Attorney General*
DAVID GUSTAFSON
*Acting Chief, Court of Federal Claims Section*
W.C. RAPP
*Senior Trial Attorney*

January 19, 2006

/s W.C. Rapp
Of Counsel