**IN THE UNITED STATES DISTRICT COURT**
**COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| HIGHMARK, INC., SUCCESSOR IN INTEREST TO PENNSYLVANIA BLUE SHIELD AND SUBSIDIARIES | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 05-1030 T |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

NOTICE OF CHANGE OF ADDRESS OF COUNSEL FOR PLAINTIFF

Notice is hereby given that the law offices of Dechert LLP, counsel to Highmark Inc., Successor in Interest to Pennsylvania Blue Shield and Subsidiaries, have the following new address.

Cira Center
2929 Arch Street
Philadelphia, PA 19104-2857

Respectfully submitted,

________/s/_____________

Arthur Newbold
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
Phone (215) 994-2624
Fax (215) 994-2222
Counsel for Plaintiff

Date: February 2, 2006

Of Counsel:

Frederick J. Gerhart
James J. Spadaro, Jr.
Andrea M. Kirshenbaum
Alexandra L. Yeadon
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104