# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

HIGHMARK, INC., SUCCESSOR IN INTEREST TO PENNSYLVANIA BLUE SHIELD AND SUBSIDIARIES,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

No. 05-1030T

(Filed: July 5, 2006)

**ORDER**

A status conference by telephone was held in the above-captioned case on June 27, 2006.

**It is hereby ORDERED:**

1. The next status conference shall be held by telephone on Wednesday, October 18, 2006, at 11:00 a.m. The Court will initiate the conference call.

2. The following schedule shall be followed by the parties:

| Event | Deadlines |
|---|---|
| Defendant's RCFC 12(b) and 56 motion(s) | November 30, 2006 |
| Fact Discovery | January 31, 2007 |
| Plaintiff's Expert Report(s) | March 5, 2007 |
| Defendant's Expert Report(s) | May 28, 2007 |
| Plaintiff's Rebuttal Report | July 30, 2007 |
| Defendant's Surrebuttal Report | August 17, 2007 |
| Expert Depositions and Further Expert Discovery | September 29, 2007 |

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims