**IN THE UNITED STATES DISTRICT COURT**
**COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| HIGHMARK, INC., SUCCESSOR IN INTEREST TO PENNSYLVANIA BLUE SHIELD AND SUBSIDIARIES<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 05-1030 T |

ORDER

AND NOW, this day of , 2006, it is hereby ordered that the dates set forth in the Court's July 5, 2006 Order are extended by 30 days, so that the new dates are:

| Event | Deadlines |
|---|---|
| Defendant's RCFC 12(b) and 56 motion(s) | January 2, 2007 |
| Fact Discovery | March 5, 2007 |
| Plaintiff's Expert Report(s) | April 5, 2007 |
| Defendant's Expert Report(s) | June 28, 2007 |
| Plaintiff's Rebuttal Report(s) | August 30, 2007 |
| Defendant's Surrebuttal Report(s) | September 17, 2007 |
| Expert Depositions and Further Expert Discovery | October 30, 2007 |

Lawrence S. Margolis, J.

**IN THE UNITED STATES DISTRICT COURT**
**COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| HIGHMARK, INC., SUCCESSOR IN INTEREST TO PENNSYLVANIA BLUE SHIELD AND SUBSIDIARIES | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 05-1030 T |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**JOINT MOTION TO EXTEND DEADLINES**

Plaintiff Highmark, Inc., Successor in Interest to Pennsylvania Blue Shield and Subsidiaries ("Plaintiff" or "Highmark"), and defendant the United States of America ("Defendant" or "United States") (jointly referred to as "the parties"), by and through their attorneys, jointly move for an extension of time of thirty (30) days for each of the deadlines set forth in the Court's July 5, 2006 Order, for the following reasons:

1. The parties agree that the Plaintiff needs an additional extension of time of thirty (30) days to respond to the extensive outstanding interrogatories, request for admissions, and request for production of documents, which the United States has granted, and the Plaintiff may require even more time than that.

2. The United States intends to prepare a motion for summary judgment based in part on the responses to that discovery, and that motion is presently due by November 30, 2006.

3. The United States needs to be sure that the extension of time it has granted to Plaintiff will not deprive the United States of adequate time to prepare a motion to present to the Court that it believes will be dispositive of all issues, and the Plaintiff agrees that the United States ought to have additional time.

4. The parties therefore request that the Court extend by thirty (30) days each of the dates set forth in the Order dated July 5, 2006, which sets forth the current schedule. If the Court grants this Joint Motion, the new dates would be as set forth on the attached Proposed Revised Schedule.

5. If the Plaintiff requests additional time to respond to the outstanding discovery requests, and if the United States believes the Plaintiff needs additional time to respond properly, the United States intends to grant such a request and the parties intend to file another Joint Motion to extend the deadlines.

WHEREFORE, Plaintiff Highmark and Defendant the United States jointly request that this Court grant this Motion and extend the dates of the current scheduling order by thirty (30) days so that the new dates are those set forth on the attached exhibit.

Respectfully submitted,

s/ Arthur Newbold
Arthur Newbold
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
215-994-4000
Attorney for Highmark, Inc., Successor in Interest to Pennsylvania Blue Shield and Subsidiaries

s/ Karen Servidea
Karen Servidea
U.S. Department of Justice, Tax Division
Court of Federal Claims Section
P.O. Box 26, Ben Franklin Station
Washington, DC 20044
(202) 616-3423
Attorney for the United States

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
W.C. RAPP
Senior Trial Attorney

s/ W.C. Rapp
Of Counsel

# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| HIGHMARK, INC., SUCCESSOR IN INTEREST TO PENNSYLVANIA BLUE SHIELD AND SUBSIDIARIES<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 05-1030 T |

PROPOSED REVISED SCHEDULE

The parties shall follow this schedule:

| Event | Deadlines |
|---|---|
| Defendant's RCFC 12(b) and 56 motion(s) | January 2, 2007 |
| Fact Discovery | March 5, 2007 |
| Plaintiff's Expert Report(s) | April 5, 2007 |
| Defendant's Expert Report(s) | June 28, 2007 |
| Plaintiff's Rebuttal Report(s) | August 30, 2007 |
| Defendant's Surrebuttal Report(s) | September 17, 2007 |
| Expert Depositions and Further Expert Discovery | October 30, 2007 |