# In the United States Court of Federal Claims

HIGHMARK, INC., SUCCESSOR IN INTEREST TO PENNSYLVANIA BLUE SHIELD AND SUBSIDIARIES,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 05-1030T

(Filed: September 6, 2006)

## O R D E R

The parties' joint motion, filed September 1, 2006, for an extension of thirty (30) days for each of the deadlines set forth in the Court's July 5, 2006 Order, is **GRANTED**.

**It is hereby ORDERED** the following amended schedule shall be followed by the parties:

| Event | Deadlines |
|---|---|
| Defendant's RCFC 12(b) and 56 motion(s) | January 2, 2007 |
| Fact Discovery | March 5, 2007 |
| Plaintiff's Expert Report(s) | April 5, 2007 |
| Defendant's Expert Report(s) | June 28, 2007 |
| Plaintiff's Rebuttal Report(s) | August 30, 2007 |
| Defendant's Surrebuttal Report(s) | September 17, 2007 |
| Expert Depositions and Further Expert Discovery | October 30, 2007 |

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims