**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| HIGHMARK, INC., SUCCESSOR IN INTEREST TO PENNSYLVANIA BLUE SHIELD AND SUBSIDIARIES | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 05-1030 T<br>Judge Margolis |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

## JOINT MOTION TO EXTEND DEADLINES

Defendant, the United States of America, and plaintiff, Highmark, Inc., Successor in Interest to Pennsylvania Blue Shield and Subsidiaries, jointly move for an extension of time of thirty days for each of the deadlines set forth in the Court's September 6, 2006, Order. As good cause therefore, the parties state as follows:

Since the parties filed their first motion to extend deadlines, on September 1, 2006, defendant granted plaintiff an additional thirty-day enlargement to respond to its request for the production of documents. Also during that time, plaintiff amended its responses to defendant's interrogatories and requests for admission approximately three weeks after such responses were due. The parties wish to ensure that the additional time it took plaintiff to respond to defendant's discovery requests does not deprive defendant of adequate time to complete its dispositive motion (currently due on January 2, 2007) or finish fact discovery (currently ending on March 5, 2007). The parties therefore request that the Court extend by thirty days each of the dates set

forth in the Order dated September 6, 2006. If the Court grants this Joint Motion, the new dates would be as set forth below:

| Event | Deadline |
|---|---|
| Defendant's RCFC 12(b) and 56 motion(s) | February 1, 2007 |
| Fact Discovery | April 4, 2007 |
| Plaintiff's Expert Report(s) | May 7, 2007 |
| Defendant's Expert Report(s) | July 30, 2007 |
| Plaintiff's Rebuttal Report(s) | October 1, 2007 |
| Defendant's Surrebuttal Report(s) | October 17, 2007 |
| Expert Depositions and Further Expert Discovery | November 29, 2007 |

WHEREFORE, the parties pray that their joint motion be granted.

Respectfully submitted,

s/ Karen Servidea
KAREN SERVIDEA
*Attorney of Record*
*U.S. Department of Justice, Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
*Voice: (202) 616-3423*
*Fax: (202) 514-9440*
*Email: karen.e.servidea@usdoj.gov*

EILEEN J. O'CONNOR
*Assistant Attorney General*
DAVID GUSTAFSON
*Chief, Court of Federal Claims Section*
W.C. RAPP
*Senior Trial Attorney*

/s W.C. Rapp
Of Counsel

Attorneys for Defendant

s/ Arthur Newbold
Arthur Newbold
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
Voice: (215) 994-4000

Attorney for Plaintiff

December 21, 2006