# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
HIGHMARK, INC., SUCCESSOR IN INTEREST TO PENNSYLVANIA BLUE SHIELD AND SUBSIDIARIES,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

No. 05-1030T

(Filed: January 4, 2007)

**ORDER**

The parties' joint motion, filed December 22, 2006, for an extension of thirty (30) days Amfor each of the deadlines set forth in the Court's September 6, 2006 Order, is **GRANTED**.

**It is hereby ORDERED** the following amended schedule shall be followed by the parties:

| **Event** | **Deadlines** |
|---|---|
| Defendant's RCFC 12(b) and 56 motion(s) | February 1, 2007 |
| Fact Discovery | April 4, 2007 |
| Plaintiff's Expert Report(s) | May 7, 2007 |
| Defendant's Expert Report(s) | July 30, 2007 |
| Plaintiff's Rebuttal Report(s) | October 1, 2007 |
| Defendant's Surrebuttal Report(s) | October 17, 2007 |
| Expert Depositions and Further Expert Discovery | November 29, 2007 |

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims