**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| HIGHMARK, INC., SUCCESSOR IN INTEREST TO PENNSYLVANIA BLUE SHIELD AND SUBSIDIARIES | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 05-1030 T<br>Judge Margolis |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT**

Defendant, the United States of America, with plaintiff's consent, respectfully moves the Court for an enlargement of time of fourteen days, from February 1, 2007, to and including February 15, 2007, within which to file a motion under Rule 56 of the Rules of the United States Court of Federal Claims. This is the first enlargement requested for this purpose.

As good cause therefor, defendant states as follows:

As noted in the Joint Preliminary Status Report, defendant intends to file a motion for summary judgment in this case. Defendant's attorneys have been preparing such motion over the past several months and are close to finishing it. If granted, defendant's summary judgment motion would dispose of all the issues in this case. Although defendant's attorneys have been working toward meeting the current February 1, 2007, deadline, finalization of the summary judgment motion has taken longer than anticipated, due, in part, to the intervening holiday season. It is now apparent that the motion will not be finished by February 1, 2007. The time requested will be sufficient for defendant's attorneys to complete the work necessary to finalize

the summary judgment motion. To ensure that the requested enlargement does not prejudice either party, defendant respectfully requests that the remainder of the dates set forth in the Court's January 4, 2007, Order, be adjusted by the same amount of time. If this motion is granted, the remainder of the schedule would be as follows:

| Event | Deadline |
| --- | --- |
| Defendant's RCFC 12(b) and 56 motion(s) | February 15, 2007 |
| Fact Discovery | April 18, 2007 |
| Plaintiff's Expert Report(s) | May 21, 2007 |
| Defendant's Expert Report(s) | August 13, 2007 |
| Plaintiff's Rebuttal Report(s) | October 15, 2007 |
| Defendant's Surrebuttal Report(s) | October 31, 2007 |
| Expert Depositions and Further Expert Discovery | December 13, 2007 |

We are authorized to state that counsel for plaintiff has no objection to this motion.

WHEREFORE, defendant prays that its motion be granted.

Respectfully submitted,

s/ Karen Servidea

KAREN SERVIDEA
*Attorney of Record*
*U.S. Department of Justice, Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
*Voice: (202) 616-3423*
*Fax: (202) 514-9440*
*Email: karen.e.servidea@usdoj.gov*

EILEEN J. O'CONNOR
*Assistant Attorney General*
DAVID GUSTAFSON
*Chief, Court of Federal Claims Section*
W.C. RAPP
*Senior Trial Attorney*

/W.C. Rapp
Of Counsel

January 30, 2007