05-1030 T
(Judge Margolis)

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

HIGHMARK, INC., SUCCESSOR IN INTEREST TO
PENNSYLVANIA BLUE SHIELD AND SUBSIDIARIES,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

APPENDIX B TO UNITED STATES' MOTION
FOR SUMMARY JUDGMENT
AND BRIEF IN SUPPORT THEREOF

EILEEN J. O'CONNOR
Assistant Attorney General

DAVID GUSTAFSON
W.C. RAPP
KAREN SERVIDEA
Attorneys
Justice Department (Tax)
Court of Federal Claims Section
P.O. Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 616-3423
(202) 514-9440 (Fax)

# APPENDIX B
# TABLE OF CONTENTS

Declaration of Karen Servidea . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . B-1

| Exhibit | Description | |
|---|---|---|
| 1 | Plaintiff's Second Amended Response to Defendant's First Set of Requests for Admissions | B-3 |
| 2 | Plaintiff's Second Amended Answers to Defendant's First Set of Interrogatories | B-33 |
| 3 | Excerpt from the 1991 Annual Statement of Pennsylvania Blue Shield ("PBS"), attached to PBS's 1991 tax return | B-61 |
| 4 | Excerpt from the 1993 Annual Statement of PBS, attached to PBS's 1993 tax return | B-68 |
| 5 | Excerpt from the 1994 Annual Statement of PBS, attached to PBS's 1994 tax return | B-81 |
| 6 | IRS Certificate of Official Record for Highmark, Inc., for tax years 1991through 1995 | B-93 |
| 7 | PricewaterhouseCoopers Valuation Report dated September 10, 1998 | B-120 |

APPENDIX B

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-1030 T
(Judge Margolis)

HIGHMARK, INC., SUCCESSOR IN INTEREST TO
PENNSYLVANIA BLUE SHIELD AND SUBSIDIARIES,

Plaintiff

v.

THE UNITED STATES,

Defendant

DECLARATION OF KAREN SERVIDEA

I, Karen Servidea, make the following declaration based on personal knowledge of the following facts:

1. I am the Department of Justice trial attorney assigned to defend this case, and I have in my possession the Department's litigation files and certain files from the Internal Revenue Service (the "administrative files") pertaining to this case.

2. The administrative files contain the following documents, which, to the best of my knowledge and belief, are true and correct copies of what they purport to be:

| Exhibit | Description |
|---|---|
| 3 | Excerpt from the 1991 Annual Statement of Pennsylvania Blue Shield ("PBS"), attached to PBS's 1991 tax return. |
| 4 | Excerpt from the 1993 Annual Statement of PBS, attached to PBS's 1993 tax return. |
| 5 | Excerpt from the 1994 Annual Statement of PBS, attached to PBS's 1994 tax return. |

Executed in Washington, D.C. under penalty of perjury on February 15, 2007.

s/ Karen Servidea
KAREN SERVIDEA
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
P.O. Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 616-3423