# UNDERWRITING AND INVESTMENT EXHIBIT
## PART 1

| Line of Business | 1 Direct Business | 2 Reinsurance Assumed | 3 Reinsurance Ceded | 4 Net Premiums Written (Columns 1 + 2 - 3) | 5 Unearned Premiums December 31 Previous Year | 6 Unearned Premiums December 31 Current Year (Part 1A) | 7 Reserve for Rate Credits and Retrospective Returns Based on Experience | 8 Total Reserve for Unearned Premiums (Columns 6 + 7) | 9 Premiums Earned (Columns 4 + 5 - 8) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Hospital | | | | | | | | | |
| 2. Medical | 1,922,404,500 | | | 1,922,404,500 | 78,180,745 | 62,650,453 | | 62,650,453 | 1,937,934,792 |
| 3. Dental | 250,573,042 | | | 250,573,042 | 2,057,725 | 1,781,463 | | 1,781,463 | 250,849,304 |
| 4. Other | 745,549,074 | | | 745,549,074 | 2,183,838 | 2,238,189 | | 2,238,189 | 745,494,723 |
| 5. Totals | 2,918,526,616 | | | 2,918,526,616 | 82,422,308 | 66,670,105 | | 66,670,105 | 2,934,278,819 |
| 6. Federal Employee Health Benefits Program Premium | | | | 76,590,222 | X X X | X X X | X X X | X X X | X X X |
| 7. Balance (Column 4, Line 5 minus Line 6) | | | | 2,841,936,394 | X X X | X X X | X X X | X X X | X X X |

## PART 1A - UNEARNED PREMIUMS

| | 1 Premiums In Force December 31 Current Year | 2 Amount of Premiums or Fees Unearned |
|---|---|---|
| 1. Annual premiums | | |
| 2. Semi-annual premiums | | |
| 3. Quarterly premiums | | |
| 4. Monthly premiums | | |
| 5. Advanced premiums | | 66,670,105 |
| 6. Totals | | 66,670,105 |



88

# UNDERWRITING AND INVESTMENT EXHIBIT

## PART 2 - CLAIMS PAID AND INCURRED - NET OF REINSURANCE

| 1<br>Line of Business | 2<br>Claims Paid | 3<br>Claims Unpaid Current Year (Column 4, Part 2A) | 4<br>Claims Unpaid Previous Year | 5<br>Claims Incurred (Columns 2 + 3 - 4) |
|---|---|---|---|---|
| 1. Hospital | | | | |
| 2. Medical | 1,655,959,943 | 199,988,404 | 237,466,606 | 1,618,481,741 |
| 3. Dental | 221,116,919 | 16,399,719 | 18,333,067 | 219,183,571 |
| 4. Other | 664,428,884 | 71,393,013 | 56,316,232 | 679,505,665 |
| 5. Totals | 2,541,505,746 | 287,781,136 | 312,115,905 | 2,517,170,977 |

## PART 2A - CLAIMS UNPAID - NET OF REINSURANCE

| 1<br>Line of Business | 2<br>Reported Claims in Process of Adjustment | 3<br>Estimated Incurred But Unreported | 4<br>Total Claims Unpaid |
|---|---|---|---|
| 1. Hospital | | | |
| 2. Medical | 19,638,442 | 180,349,962 | 199,988,404 |
| 3. Dental | 2,099,019 | 14,300,700 | 16,399,719 |
| 4. Other | 128,395 | 71,264,618 | 71,393,013 |
| 5. Totals | 21,865,856 | 265,915,280 | 287,781,136 |

## PART 2B - DEFERRED MATERNITY BENEFITS - NET OF REINSURANCE

| 1<br>Line of Business | 2<br>Liability Current Year | 3<br>Liability Previous Year | 4<br>Change in Liability |
|---|---|---|---|
| 1. Hospital | | | |
| 2. Medical | | | |
| 3. Other | N | O N | E |
| 4. Totals | | | |

## PART 2C - ANALYSIS OF CLAIMS UNPAID - PREVIOUS YEAR - NET OF REINSURANCE

| 1<br>Line of Business | Claims Paid During the Year<br>2<br>On Claims Incurred Prior to January 1 of Current Year | Claims Paid During the Year<br>3<br>On Claims Incurred During the Year | Claims Unpaid December 31 of Current Year, Viz.: Estimated Liability December 31 of Current Year<br>4<br>On Claims Unpaid December 31 of Previous Year | Claims Unpaid December 31 of Current Year, Viz.: Estimated Liability December 31 of Current Year<br>5<br>On Claims Incurred During the Year | 6<br>Total Claims Incurred to December 31 of Current Year on Claims Incurred in Prior Years (Columns 2 + 4) | 7<br>Estimated Liability on Unpaid Claims December 31 of Previous Year |
|---|---|---|---|---|---|---|
| 1. Hospital | | | | | | |
| 2. Medical | 219,136,047 | 1,436,823,896 | 9,762,439 | 190,225,965 | 228,898,486 | 237,466,606 |
| 3. Dental | 18,437,325 | 202,679,594 | 151,785 | 16,247,934 | 18,589,110 | 18,333,067 |
| 4. Other | 35,848,244 | 628,580,640 | 6,498,098 | 64,894,915 | 42,346,342 | 56,316,232 |
| 5. Totals | 273,421,616 | 2,268,084,130 | 16,412,322 | 271,368,814 | 289,833,938 | 312,115,905 |

# UNDERWRITING AND INVESTMENT EXHIBIT
# PART 3 - ANALYSIS OF EXPENSES

| 1 | Incurred Expenses | | | | |
|---|---|---|---|---|---|
| | 2 Claim Adjustment | 3 Administrative | 4 Soliciting | 5 Investment | 6 Total |
| 1. Commissions | | | 7,893,069 | | 7,893,069 |
| 2. Advertising | | 234,341 | | | 234,341 |
| 3. Boards, bureaus and associations | 14,712 | 1,801,264 | 3,125 | 444 | 1,819,545 |
| 4. Salaries | 110,923,692 | 44,477,187 | 4,580,885 | 126,410 | 160,108,174 |
| 5. Employee relations and welfare | 24,840,267 | 11,742,136 | 1,043,465 | 21,345 | 37,647,213 |
| 6. Insurance, except on real estate | 28,168 | 515,263 | 11,842 | 382 | 555,655 |
| 7. Travel and travel items | 1,040,734 | 2,443,837 | 228,382 | 2,890 | 3,715,843 |
| 8. Rent and rent items, including $ 3,405,669 for Corporation's occupancy of its own buildings, less $ received under sublease | 9,373,067 | 1,524,462 | 110,476 | 6,731 | 11,014,736 |
| 9. Equipment | 16,917,809 | 16,968,807 | 153,764 | 20,479 | 34,060,859 |
| 10. Printing and stationery | 5,559,311 | 5,959,263 | 178,750 | 3,279 | 11,700,603 |
| 11. Postage, telephone and telegraph, exchange and express | 23,636,125 | 2,623,949 | 144,876 | 975 | 26,405,925 |
| 12. Legal | 222,105 | 1,282,316 | | 79 | 1,504,500 |
| 13. Auditing, actuarial and consulting services | 2,955,512 | 4,758,441 | 26,886 | 570,556 | 8,311,395 |
| 14. Taxes, licenses and fees: | | | | | |
| (a) State and local insurance taxes | | | | | |
| (b) Insurance department licenses and fees | | 12,793 | | | 12,793 |
| (c) Payroll taxes | 9,616,965 | 3,432,338 | 373,695 | 10,168 | 13,433,166 |
| (d) Other (excluding federal income and real estate) | | | | | |
| (e) Total taxes licenses and fees (a+b+c+d) | 9,616,965 | 3,445,131 | 373,695 | 10,168 | 13,445,959 |
| 15. Real estate expenses | | | | 2,249,192 | 2,249,192 |
| 16. Real estate taxes | | | | 675,413 | 675,413 |
| 17. Reimbursements by uninsured accident and health plans | | | | | |
| 18. Aggregate write-ins for other expenses | (43,633,126) | 27,044,196 | 27,550,203 | (1,334,023) | 9,627,250 |
| 19. Total expenses incurred | 161,495,341 | 124,820,593 | 42,299,418 | 2,354,320 | 330,969,672 |
| 20. General expenses unpaid: | | | | | |
| (a) General expenses unpaid December 31, previous year | 15,050,947 | 46,402,189 | 16,722,007 | 839,137 | 79,014,280 |
| (b) General expenses unpaid December 31, current year | 14,107,618 | 47,583,795 | 16,125,278 | 897,508 | 78,714,199 |
| 21. Expenses paid (Line 19 + Line 20a - Line 20b) | 162,438,670 | 123,638,987 | 42,896,147 | 2,295,949 | 331,269,753 |

DETAILS OF WRITE-INS AGGREGATED AT LINE 18 FOR OTHER EXPENSES

| | | | | | |
|---|---|---|---|---|---|
| 1801. Claims Investigation Expense | 58,408 | 83 | | 1 | 58,492 |
| 1802. Professional Relations | 102,783 | 294,664 | 23,551 | (12) | 420,986 |
| 1803. CPOC | (253,010) | | | | (253,010) |
| 1804. Hosp. Plan Svc. Chg. | 59,237,166 | 68,238,607 | 27,526,652 | | 155,002,425 |
| 1805. Government | (85,209,983) | (25,832,048) | | (1,135,408) | (112,177,439) |
| 1898. Summary of remaining write-ins for Line 18 from overflow page | (17,568,490) | (15,657,110) | | (198,604) | (33,424,204) |
| 1899. Totals (Lines 1801 through 1805 plus 1898) (Part 3, Line 18) | (43,633,126) | 27,044,196 | 27,550,203 | (1,334,023) | 9,627,250 |

Ratio of expense of soliciting subscribers and administrative expenses to net premiums written:

| | | Actual | Legal Limit |
|---|---|---|---|
| (a) Expense of soliciting subscribers: | Percentage Page 8, Part 3, Col. 4 Line 21 to Page 6, Part 1, Col.4 Line 5 | 1.5 % | % |
| (b) Administrative Expenses: | Percentage Page 8, Part 3, Col. 2 + 3 + 5, Line 21 to Page 6, Part 1, Col. 4, Line 5 | 9.9 % | % |
| (c) Total Expenses: | Percentage Page 8, Part 3, Col. 6, Line 21 to Page 6, Part 1, Col. 4, Line 5 | 11.4 % | % |

# DEFENDANT'S EXHIBIT 5

PENNSYLVANIA FORM

# ANNUAL STATEMENT

OF THE

## MEDICAL SERVICE ASSOCIATION OF PENNSYLVANIA

of 1800 CENTER STREET, CAMP HILL

In the State of PENNSYLVANIA

1994

TO THE

## Insurance Commissioner

OF THE

## COMMONWEALTH OF PENNSYLVANIA

FOR THE YEAR ENDED
DECEMBER 31, 1994

BRANDON INSURANCE SERVICE CO.
NASHVILLE, TENN.

HOSPITAL, MEDICAL AND DENTAL SERVICE OR INDEMNITY CORPORATIONS

# 1994

333

HOSPITAL, MEDICAL AND DENTAL SERVICE OR INDEMNITY CORPORATIONS

0000547719418100

# ANNUAL STATEMENT

For the Year Ended December 31, 1994

OF THE CONDITION AND AFFAIRS OF THE

# MEDICAL SERVICE ASSOCIATION OF PENI

NAIC Group Code: 812 NAIC Company Code: 54771 Employer's

Organized under the Laws of the State of Pennsylvania.

## INSURANCE DEPARTMENT OF THE STATE OF PENNSYLVANIA

PURSUANT TO THE LAWS THEREOF

Incorporated: 09/05/1939 Commen

Statutory Home Office: 1800 Center Street, Camp Hill, PA

Main Administrative Office: 1800 Center Street

Camp Hill, PA 17089 (717)763-3151

Mail Address: 1800 Center Street, Camp Hill, PA 17089

Primary Location of Books and Records: 1800 Center Street

Camp Hill, PA 17089 (717)763-3151

Annual Statement Contact Person and Phone Number: Nanette P. Kline (717)730-1845

## OFFICERS

President and C.E.O.: Samuel David Ross, Jr.
Secretary: Carrie Joy Pecht, Esquire #
Treasurer: Donald Leroy Fisher

### Vice Presidents

John Stewart Brouse - Chief Operating, Officer
Hershel Bernard Donald - Third Vice-, Chairman
Gilbert Anthony Friday, Jr. M.D. - Chairman of, the Board
Robert Eugene Patterson
Thomas Charles Sommers
Warren George Webber - Second Vice-, Chairman
Walter Frederic Froh, Esquire #
Everett Franklin Bryant
George Frederick Grode
Ralph John Stalter, M.D. - Firs
Joseph Anthony Ricci, M.D.
Daniel Henry Thomas
Marian Warner Wright #

### DIRECTORS OR TRUSTEES

William H. Alexander
Doris G. Bartuska, M.D.
Joseph B. Blood, Jr., M.D.
A. J. Chialastri, D.D.S. (Retired, 4/6/94)
Walter D'Alessio
Walter J. Dealtrey
Judith R. Diehl
Richard D. Baltz, M.D.
J. Robert Baum
John A. Carpenter, Esquire
John H. Damcott, D.M.D. #
Frank DeFazio
Carlo J. DiMarco, M.D.

The DIRECTORS OR TRUSTEES listing is continued on the following page.

State of Pennsylvania
County of Cumberland ss

Samuel David Ross, Jr. President, Carrie Joy Pecht Secretary, Robert Eugene Patterson Senior VP.& CFO, of the MEDICAL SERVICE ASSOCIATIC deposes and says that they are the above described officers of the said Corporation, and that on the thirty-first day of December last, all absolute property of the said Corporation, free and clear from any liens or claims thereon, except as herein stated, and that this annual st schedules and explanations therein contained, annexed or referred to is a full and true statement of all the assets and liabilities and insurer as of the thirty-first day of December last, and of its income and deductions therefrom for the year ended on that date, and have be annual statement instructions and accounting practices and procedures manuals except to the extent that: (1) state law may differ; or, (2) differences in reporting not related to accounting practices and procedures, according to the best of their information, knowledge and belief, r

President

Senior VP.& CFO

Secretary

Subscribed and sworn to before me this

27th day of February, 1995

NOTARIAL SEAL

(a) Is this an original filing
(b) If no: (i) state the ame
(ii) date filed
(iii) number of pag

334

## DIRECTORS OR TRUSTEES (Continued)

Hershel Bernard Donald
Gilbert A. Friday, Jr., M.D.
William E. Hall, D.D.S.
Peter Norman Hillyer, M.D.
Angelo S. Monaco, D.P.M.
Samuel David Ross, Jr. (Ex Officio)
Susan F. Sordoni
Ralph John Stalter, M.D.
John M. Wilds
Shirley V. Young
Robert W. Ford, M.D.
Robert L. Gronlund
Stephen J. Herceg, M.D.
Charles R. McCrae, M.D.
Edward J. Resnick, M.D.
Thomas J. Rohner, M.D.
Gloria J. Schucolsky
Paul L. Strickler
Warren George Webber

0000547719418600

# ACTUARIAL STATEMENT

# ASSETS

| | |
|---|---|
| 1. Bonds:(a) | |
| 2. Stocks:(a) | |
| 2.1 Preferred stocks | |
| 2.2 Common stocks | |
| 3. Mortgage loans on real estate | |
| 4. Real estate, less $................ encumbrances | |
| 5. Collateral loans | |
| 6.1 Cash on hand and on deposit | |
| 6.2 Short-term investments | |
| 7. Aggregate write-ins for invested assets | |
| 7A. Subtotals, cash and invested assets, (Lines 1 to 7) | |
| 8. Uncollected premiums | |
| 9. Amounts receivable relating to uninsured accident and health plans | |
| 10. Funds held by or deposited with reinsured companies | |
| 11. Reinsurance recoverables on loss and loss adjustment payments | |
| 12. Federal income tax recoverable | |
| 13. Interest and other investment income due and accrued | |
| 14. Receivable from parent, subsidiaries and affiliates | |
| 15. Electronic data processing equipment | |
| 18. Aggregate write-ins for other than invested assets | |
| 19. Totals (Lines 7A through 18) | |
| **DETAILS OF WRITE-INS** | |
| 0701. Deferred Compensation Trust Fund | |
| 0702. | |
| 0703. | |
| 0798. Summary of remaining write-ins for Line 7 from overflow page | |
| 0799. Totals (Lines 0701 thru 0703 plus 0798)(Line 07 above) | |
| 1801. Accounts Receivable-Agent Plans | |
| 1802. Accounts Receivable-Federal Employee Program | |
| 1803. Accounts Receivable-Government Contracts | |
| 1898. Summary of remaining write-ins for Line 18 from overflow page | |
| 1899. Totals (Lines 1801 thru 1803 plus 1898)(Line 18 above) | |

(a) State basis of valuation. Bonds are valued at amortizes cost. Common stocks are valued at market va

# LIABILITIES, RESERVES & OTHER FUNDS

1. Claims unpaid (Part 2A, Line 5, Column 4)(Includes provision for retroactive cost adjustments $................) ..........
2. Provision for deferred maternity benefits (Part 2B, Line 4, Column 2) ..........
3. Unpaid claims adjustment expenses (Part 3, Line 20B, Column 2) ..........
4. Unearned premiums (Part 1, Column 8) ..........
5. Unearned investment income (Part 4, Line 9, Column 4) ..........
6. a. Taxes, licenses and fees due or accrued (excluding Federal income taxes) ..........
   b. Federal income taxes (excluding deferred taxes) ..........
   c. Other expenses due or accrued ..........
7. Premium deposits made by applicants rejected or not as yet accepted as members or subscribers ....
8. Borrowed money $................ and interest thereon $................ ..........
9. Amounts withheld or retained for account of others ..........
10. Liability for amounts held under uninsured accident and health plans ..........
11. Funds held by corporation under reinsurance treaties ..........

12a. Unearned premiums on reinsurance in unauthorized companies $................ ..........

12b. Reinsurance on paid losses $................ and on unpaid reported losses $................ and on incurred but not reported losses $................ recoverable from unauthorized companies $................ ..........

12c. Paid and unpaid allocated loss adjustment expenses recoverable from unauthorized companies $................ ..........

12d. Less funds held or retained by corporation for account of such unauthorized companies as per Schedule S, Part 2, Column 6 $................ ..........

13. Provision for unauthorized reinsurance (Lines 12a + 12b + 12c - 12d) ..........
14. Aggregate write-ins for other liabilities ..........
15. Total liabilities ..........

**RESERVES AND SPECIAL FUNDS:**

16. Statutory reserve ..........
17. Surplus Notes ..........
18. Aggregate write-ins for reserves and special funds ..........
19. Unassigned funds ..........
20. Total reserves and unassigned funds (Page 4, Line 20) ..........
21. Totals (Lines 15 plus 20) ..........

**DETAILS OF WRITE-INS**

1401. Provision for Experience Rating Refunds ..........
1402. Accounts Payable ..........
1403. Checks Issued in Excess of Funds on Deposit ..........
1498. Summary of remaining write-ins for Line 14 from overflow page ..........
1499. Totals (Lines 1401 thru 1403 plus 1498)(Line 14 above) ..........

1801. Reserve for Deferred Maternity Benefits ..........
1802. Reserve for Contingencies ..........
1803. ..........
1898. Summary of remaining write-ins for Line 18 from overflow page ..........
1899. Totals (Lines 1801 thru 1803 plus 1898)(Line 18 above) ..........

# UNDERWRITING AND INVESTMENT EXHIBIT

## UNDERWRITING INCOME

1. Premiums earned (Part 1, Line 5, Column 9) ....
2. a. Claims incurred (Part 2, Line 5, Column 5) net of reinsurance ($................) ....
   b. Increase (decrease) in provision for deferred maternity benefits (Part 28, Line 4, Column 4) ....
3. Expenses incurred (Part 3, Line 19, Column 2+3+4):
   a. Claim adjustment ....
   b. Administrative ....
   c. Soliciting ....
4. Reinsurance allowances - expense and experience refund ....
5. Total underwriting deductions (Lines 2 through 4) ....
6. Net underwriting gain or (loss) (Line 1 minus Line 5) ....

## INVESTMENT INCOME

7. Net investment income earned (Part 4,Col 8,Line 14) ....
8. Net realized capital gains or (losses) (Part 4A,Col 6,Line 10) ....
9. Net investment gain or (loss) (Line 7 plus Line 8) ....

## OTHER INCOME

10. Aggregate write-ins for other income ....
11. Net gain or (loss) before federal income taxes (Lines 6 + 9 + 10) ....
12. Federal income taxes incurred ....
13. Net gain or (loss)(to Line 15)(Line 11 minus Line 12) ....

## RESERVES AND UNASSIGNED FUNDS

14. Reserves and unassigned funds December 31, previous year (Page 4,Col 2,Line 20) ....

## GAINS AND (LOSSES)

15. Net gain or (loss) (from Line 13) ....
16. Net unrealized capital gains or (losses) (Part 4A,Col 6,Line 11) ....
17. Change in non-admitted assets (Exhibit 2, Line 6, Col. 3) ....
18. Aggregate write-ins for changes to reserves and unassigned funds ....
19. Change in reserves and unassigned funds for the year (Lines 15 through 18) ....
20. Reserves and unassigned funds December 31, current year (Line 14 plus Line 19) ....

**DETAILS OF WRITE-INS**

1001. Miscellaneous Income and Expense-Net ....
1002. ....
1003. ....
1098. Summary of remaining write-ins for Line 10 from overflow page ....
1099. Totals (Lines 1001 thru 1003 plus 1098)(Line 10 above) ....

1801. Prior Period Adjustment - Postretirement Health Benefits ....
1802. ....
1803. ....
1898. Summary of remaining write-ins for Line 18 from overflow page ....
1899. Totals (Lines 1801 thru 1803 plus 1898)(Line 18 above) ....

# CASH FLOW

1. Premiums collected net of reinsurance
2. Claims and claims adjustment expenses
3. Underwriting expenses paid
4. Other underwriting income (expenses)
5. Cash from underwriting (Line 1 - Line 2 - Line 3 + Line 4)
6. Investment income (net of investment expenses)
7. Other income (expenses)
8. Federal income taxes (paid) recovered
9. Net cash from operations (Line 5 + Line 6 + Line 7 + Line 8)
10. Proceeds from investments sold, matured or repaid:
    - 10.1 Bonds
    - 10.2 Stocks
    - 10.3 Mortgage loans
    - 10.4 Real estate
    - 10.5 Collateral loans
    - 10.6 Other invested assets
    - 10.7 Net gains or (losses) on cash and short-term investments
    - 10.8 Miscellaneous proceeds
    - 10.9 Total investment proceeds (Lines 10.1 thru 10.8)
11. Other cash provided:
    - 11.1 Net transfers from affiliates
    - 11.2 Borrowed funds received
    - 11.3 Capital paid in
    - 11.4 Surplus paid in
    - 11.5 Other sources
    - 11.6 Total other cash provided (Lines 11.1 thru 11.5)
12. Total (Line 9 + Line 10.9 + Line 11.6)
13. Cost of investments acquired (long-term only):
    - 13.1 Bonds
    - 13.2 Stocks
    - 13.3 Mortgage loans
    - 13.4 Real estate
    - 13.5 Collateral loans
    - 13.6 Other invested assets
    - 13.7 Miscellaneous applications
    - 13.8 Total investment acquired (Lines 13.1 thru 13.7)
14. Other cash applied:
    - 14.1 Net transfers to affiliates
    - 14.2 Borrowed funds repaid
    - 14.3 Other applications
    - 14.4 Total other cash applied (Lines 14.1 thru 14.3)
15. Total (Line 13.8 + Line 14.4)
16. Net change in cash and short-term investments (Line 12 minus Line 15)

## RECONCILIATION

17. Cash and short-term investments:
    - 17.1 Beginning of year
    - 17.2 End of year (Line 16 + Line 17.1)



340

B-89

US1031

Form 13 ANNUAL STATEMENT FOR THE YEAR 1994 OF THE MEDICAL SERVICE ASSOCIATION OF PENNSYLVANIA

# UNDERWRITING AND INVESTMENT EXHIBIT
## PART 1

| Line of Business | 1 Direct Business | 2 Reinsurance Assumed | 3 Reinsurance Ceded | 4 Net Premiums Written (Columns 1 + 2 - 3) | 5 Unearned Premiums December 31 Previous Year | 6 Unearned Premiums December 31 Current Year (Part 1A) | 7 Reserve for Rate Credits and Retrospective Returns Based on Experience | 8 Total Reserve for Unearned Premiums (Columns 6 + 7) | 9 Premiums Earned (Columns 4 + 5 - 8) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Hospital | | | | | | | | | |
| 2. Medical | 1,933,312,181 | 14,352,779 | | 1,947,664,960 | 62,650,453 | 64,293,781 | | 64,293,781 | 1,946,021,632 |
| 3. Dental | 277,438,388 | 1,077,110 | | 278,515,498 | 1,781,463 | 1,951,469 | | 1,951,469 | 278,345,492 |
| 4. Other | 788,369,508 | | | 788,369,508 | 2,238,189 | 1,984,560 | | 1,984,560 | 788,623,137 |
| 5. Totals | 2,999,120,077 | 15,429,889 | | 3,014,549,966 | 66,670,105 | 68,229,810 | | 68,229,810 | 3,012,990,261 |
| 6. Federal Employee Health Benefits Program Premium | | | | 94,722,103 | X X X | X X X | X X X | X X X | X X X |
| 7. Balance (Column 4, Line 5 minus Line 6) | | | | 2,919,827,863 | X X X | X X X | X X X | X X X | X X X |

## PART 1A - UNEARNED PREMIUMS

| | 1 Premiums in Force December 31 Current Year | 2 Amount of Premiums or Fees Unearned |
|---|---|---|
| 1. Annual premiums | | |
| 2. Semi-annual premiums | | |
| 3. Quarterly premiums | | |
| 4. Monthly premiums | | |



7411

# UNDERWRITING AND INVESTMENT EX

## PART 2 - CLAIMS PAID AND INCURRED - NET OF REINSURAN

| 1<br>Line of Business | 2<br>Claims Paid | 3<br>Claims Unpaid Current Year (Column 4, Part 2A) | Clai Previ |
|---|---|---|---|
| 1. Hospital | | | |
| 2. Medical | 1,588,973,553 | 187,461,439 | 1 |
| 3. Dental | 234,469,548 | 17,985,913 | |
| 4. Other | 748,027,331 | 42,379,237 | |
| 5. Totals | 2,571,470,432 | 247,826,589 | 2 |

## PART 2A - CLAIMS UNPAID - NET OF REINSURANCE

| 1<br>Line of Business | 2<br>Reported Claims in Process of Adjustment | E I But |
|---|---|---|
| 1. Hospital | | |
| 2. Medical | 13,819,210 | |
| 3. Dental | 2,817,813 | |
| 4. Other | 253,750 | |
| 5. Totals | 16,890,773 | |

## PART 2B - DEFERRED MATERNITY BENEFITS - NET OF REINSU

| 1<br>Line of Business | 2<br>Liability Current Year | L Prev |
|---|---|---|
| 1. Hospital | | |
| 2. Medical | N | O |
| 3. Other | | |
| 4. Totals | | |

## PART 2C - ANALYSIS OF CLAIMS UNPAID - PREVIOUS YEAR - NET OF

| 1<br>Line of Business | Claims Paid During the Year<br>2<br>On Claims Incurred Prior to January 1 of Current Year | 3<br>On Claims Incurred During the Year | Claims Unpaid December 31 of Current Year, Viz.: Estimated Liability December 31 of Current Year<br>4<br>On Claims Unpaid December 31 of Previous Year | 5<br>On Claims Incurred During the Year | Tot Inc Dec of Cu on Cla in F (Colu |
|---|---|---|---|---|---|
| 1. Hospital | | | | | |
| 2. Medical | 178,712,774 | 1,410,260,779 | 9,078,701 | 178,382,738 | |
| 3. Dental | 16,649,392 | 217,820,156 | 154,262 | 17,831,651 | |
| 4. Other | 31,815,519 | 716,211,812 | 4,668,230 | 37,711,007 | |
| 5. Totals | 227,177,685 | 2,344,292,747 | 13,901,193 | 233,925,396 | |



342

B-91

US1033

# UNDERWRITING AND INVESTMENT EXI
# PART 3 - ANALYSIS OF EXPENSI

| 1 | Incurred Expenses 2 Claim Adjustment | 3 Administrative | 4 Soliciting |
|---|---|---|---|
| 1. Commissions | | | 11,413,078 |
| 2. Advertising | | 858,264 | |
| 3. Boards, bureaus and associations | 13,431 | 1,749,699 | 9,636 |
| 4. Salaries | 114,280,206 | 52,066,553 | 5,248,446 |
| 5. Employee relations and welfare | 30,744,264 | 14,104,059 | 1,315,982 |
| 6. Insurance, except on real estate | 49,210 | 514,325 | 14,125 |
| 7. Travel and travel items | 1,037,334 | 2,503,371 | 316,952 |
| 8. Rent and rent items, including $................ for Corporation's occupancy of its own buildings, less $................ received under sublease | 9,156,635 | 1,065,093 | 314,086 |
| 9. Equipment | 15,606,165 | 21,002,885 | 251,930 |
| 10. Printing and stationery | 5,562,087 | 4,993,399 | 633,848 |
| 11. Postage, telephone and telegraph, exchange and express | 23,725,669 | 3,740,336 | 427,450 |
| 12. Legal | 335,595 | 1,511,349 | |
| 13. Auditing, actuarial and consulting services | 2,434,253 | 8,478,968 | 193,322 |
| 14. Taxes, licenses and fees: | | | |
| a. State and local insurance taxes | | | |
| b. Insurance department licenses and fees | | 136,286 | |
| c. Payroll taxes | 9,860,029 | 3,892,979 | 419,996 |
| d. Other (excluding federal income and real estate) | | | |
| e. Total taxes licenses and fees (a+b+c+d) | 9,860,029 | 4,029,265 | 419,996 |
| 15. Real estate expenses | | | |
| 16. Real estate taxes | | | |
| 17. Reimbursements by uninsured accident and health plans | | | |
| 18. Aggregate write-ins for other expenses | (21,845,107) | 40,308,313 | 30,141,597 |
| 19. Total expenses incurred | 190,959,771 | 156,925,879 | 50,700,448 |
| 20. General expenses unpaid: | | | |
| a. General expenses unpaid December 31, previous year | 14,107,618 | 47,583,795 | 16,125,278 |
| b. General expenses unpaid December 31, current year | 13,934,331 | 53,332,728 | 17,229,474 |
| 21. Expenses paid (Line 19 + Line 20a - Line 20b) | 191,133,058 | 151,176,946 | 49,596,252 |
| **DETAILS OF WRITE-INS** | | | |
| 1801. Claims Investigation Expense | 53,964 | 76 | 114 |
| 1802. Professional Relations | 100,535 | 681,232 | 41,387 |
| 1803. CPOC | (516,683) | | |
| 1898. Summary of remaining write-ins for Line 18 from overflow page | (21,482,923) | 39,627,005 | 30,100,096 |
| 1899. Totals (Lines 1801 thru 1803 + 1898) (Line 18 above) | (21,845,107) | 40,308,313 | 30,141,597 |

**Ratio of expense of soliciting subscribers and administrative expenses to net premiums written:**

Actual

a. Expense of soliciting subscribers: Percentage Page 8, Part 3, Line 21, Column 4 to Page 6, Part 1, Line 5, Column 4 ........... 1

b. Administrative Expenses: Percentage Page 8, Part 3, Column 2 + 3 + 5, Line 21 to Page 6, Part 1, Column 4, Line 5 .......... 1]

c. Total Expenses: Percentage Page 8, Part 3, Column 6, Line 21 to Page 6, Part 1, Column 4, Line 5 .......... 1:



343

B-92

US1034

DEFENDANT'S EXHIBIT 6

# United States of America

**Department of the Treasury**
**Internal Revenue Service**

Date: **March 8, 2006**

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: **Form 4340 Certificate of Assessments, and Payments, consisting of 25 page(s), of taxpayer(s) named herein in respect to the taxes specified, is a true and complete transcript for the period(s) stated, and all assessments, credits, and refunds relating thereto as disclosed by the records of this office as of the date of this certification are shown therein. HIGHMARK INC, 120 Fifth Ave., Ste 922, Pittsburgh, PA 15222 for Tax Period(s) 199112, 199212, 199312, 199412 and 199512 Form 1120.**

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

**PAUL L. CZARNECKI**
**ACCOUNTING CONTROL/SERVICES OPERATION MANAGER**
**PHILADELPHIA SUBMISSION PROCESSING CENTER**

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

HIGHMARK INC

PO BOX 890089
CAMP HILL, PA 17089

EIN/SSN: 23-1294723

U.S. CORPORATION INCOME TAX RETURN
FORM: 1120 TAX PERIOD: DEC. 1991

| DATE | EXPLANATION OF TRANSACTIONS | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| | NET TAXABLE INCOME 970,402.00 | | | |
| 09/22/1992 | RETURN FILED AND TAX ASSESSED 28311-270-43202-2 199243 | 30,256,011.00 | | 11/02/1992 |
| 04/15/1991 | ESTIMATED TAX/FEDERAL TAX DEPOSIT | | 3,000,000.00 | |
| 06/18/1991 | ESTIMATED TAX/FEDERAL TAX DEPOSIT | | 3,500,000.00 | |
| 09/16/1991 | ESTIMATED TAX/FEDERAL TAX DEPOSIT | | 9,500,000.00 | |
| 04/15/1991 | OVERPAID CREDIT FROM PRIOR TAX PERIOD | | 396,192.50 | |
| 12/16/1991 | ESTIMATED TAX/FEDERAL TAX DEPOSIT | | 11,000,000.00 | |
| 01/27/1992 | RECEIVED POA/TIA | .00 | | |
| 03/16/1992 | ESTIMATED TAX/FEDERAL TAX DEPOSIT | | 4,400,000.00 | |
| 03/18/1992 | INITIAL INSTALLMENT PAYMENT | | | |
| 04/20/1992 | EXTENSION OF TIME TO FILE 09151992 | | | |
| | ESTIMATED TAX PENALTY 199243 | 170,034.00 | | 11/02/1992 |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

HIGHMARK INC

PO BOX 890089
CAMP HILL, PA 17089

EIN/SSN: 23-1294723

U.S. CORPORATION INCOME TAX RETURN
FORM: 1120 TAX PERIOD: DEC. 1991

| DATE | EXPLANATION OF TRANSACTIONS | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 11/02/1992 | OVERPAYMENT CREDIT TRANSFERRED 01 198912 | | (1,231.35) | |
| 11/02/1992 | OVERPAYMENT CREDIT TRANSFERRED 01 198912 | | (321.45) | |
| 11/02/1992 | INTEREST DUE TAXPAYER | | 14.36 | |
| 04/15/1992 | OVERPAYMENT CREDIT ELECT TRANSFERRED TO NEXT TAX PERIOD | | (1,368,594.70) | |
| 11/02/1992 | REFUND | | (14.36) | |
| 01/13/1997 | REMOVED POA/TIA | .00 | | |
| 01/13/1997 | RECEIVED POA/TIA | .00 | | |
| | LATE FILING PENALTY | .00 | | |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION 28347-424-10000-0 | .00 | | 02/14/2000 |
| 12/31/1999 | AMENDED RETURN FILED 29977-440-01284-0 | | | |
| | LATE FILING PENALTY | .00 | | 04/12/2004 |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION 28347-483-70006-4 | .00 | | 04/12/2004 |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

HIGHMARK INC

PO BOX 890089
CAMP HILL, PA 17089

EIN/SSN: 23-1294723

U.S. CORPORATION INCOME TAX RETURN
FORM: 1120

TAX PERIOD: DEC. 1991

I certify that the foregoing transcript of the taxpayer named above in respect to the taxes specified is a true and complete transcript for the period stated, and all assessments, abatements, credits, refunds, and advance or unidentified payments, and the assessed balance relating thereto, as disclosed by the records of this office as of the date of this certification, are shown therein. I further certify that the other specified matters set forth in this transcript appear in the official records of the Internal Revenue Service.

Signature of Certifying Officer: [signature]

Print Name: Paul L. Czarnecki

Title: Accounting Control/Services Operation Manager

Delegation Order: 11

Location: Internal Revenue Service
Philadelphia, PA

Account Status Date: 03/08/2006

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

HIGHMARK INC

PO BOX 890089
CAMP HILL, PA 17089

EIN/SSN: 23-1294723

U.S. CORPORATION INCOME TAX RETURN
FORM: 1120 TAX PERIOD: DEC. 1991

| DATE | EXPLANATION OF TRANSACTIONS | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 01/23/2006 | LEGAL SUIT PENDING | .00 | | |
| | ASSESSED ITEMS BALANCE DUE | | .00 | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

HIGHMARK INC

PO BOX 890089
CAMP HILL, PA 17089

EIN/SSN: 23-1294723

U.S. CORPORATION INCOME TAX RETURN
FORM: 1120 TAX PERIOD: DEC. 1992

| DATE | EXPLANATION OF TRANSACTIONS | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| | NET TAXABLE INCOME 19,286,983.00 | | | |
| 09/21/1993 | RETURN FILED AND TAX ASSESSED 28311-268-47200-3 199406 | 40,715,744.00 | | 02/21/1994 |
| 04/15/1992 | ESTIMATED TAX/FEDERAL TAX DEPOSIT | | 2,800,000.00 | |
| 06/15/1992 | ESTIMATED TAX/FEDERAL TAX DEPOSIT | | 8,000,000.00 | |
| 09/15/1992 | ESTIMATED TAX/FEDERAL TAX DEPOSIT | | 8,100,000.00 | |
| 04/15/1992 | OVERPAID CREDIT FROM PRIOR TAX PERIOD | | 1,368,594.70 | |
| 12/15/1992 | ESTIMATED TAX/FEDERAL TAX DEPOSIT | | 16,000,000.00 | |
| 03/15/1993 | ESTIMATED TAX/FEDERAL TAX DEPOSIT | | 6,000,000.00 | |
| 03/18/1993 | INITIAL INSTALLMENT PAYMENT | | | |
| 04/26/1993 | EXTENSION OF TIME TO FILE 09151993 | | | |
| | ESTIMATED TAX PENALTY 199406 | 3,482.00 | | 02/21/1994 |
| 04/15/1993 | OVERPAYMENT CREDIT ELECT TRANSFERRED TO NEXT TAX PERIOD | | (1,549,368.70) | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

HIGHMARK INC

PO BOX 890089
CAMP HILL, PA 17089

EIN/SSN: 23-1294723

U.S. CORPORATION INCOME TAX RETURN
FORM: 1120 TAX PERIOD: DEC. 1992

| DATE | EXPLANATION OF TRANSACTIONS | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| | ESTIMATED TAX PENALTY | .00 | | 04/04/1994 |
| | ADDITIONAL TAX ASSESSED 28354-470-15043-4 | .00 | | 04/04/1994 |
| | ESTIMATED TAX PENALTY | .00 | | 04/25/1994 |
| | ADDITIONAL TAX ASSESSED 28354-496-18046-4 | .00 | | 04/25/1994 |
| 03/28/1995 | RECEIVED POA/TIA | .00 | | |
| 05/31/1996 | ASSESSMENT STATUTE EXTENDED TO 06301997 | | | |
| 01/13/1997 | REMOVED POA/TIA | .00 | | |
| 01/13/1997 | RECEIVED POA/TIA | .00 | | |
| 04/03/1997 | ASSESSMENT STATUTE EXTENDED TO 06301998 | | | |
| 04/21/1998 | ASSESSMENT STATUTE EXTENDED TO 06301999 | | | |
| 02/23/1999 | ASSESSMENT STATUTE EXTENDED TO 06302000 | | | |
| 12/01/1999 | ASSESSMENT STATUTE EXTENDED TO 04302001 | | | |
| | LATE FILING PENALTY | .00 | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

HIGHMARK INC | PO BOX 890089 CAMP HILL, PA 17089 | EIN/SSN: 23-1294723

U.S. CORPORATION INCOME TAX RETURN
FORM: 1120 TAX PERIOD: DEC. 1992

| DATE | EXPLANATION OF TRANSACTIONS | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| | ADDITIONAL TAX ASSESSED BY EXAMINATION 28347-424-10001-0 | .00 | | 02/14/2000 |
| 12/31/1999 | AMENDED RETURN FILED 29977-440-01285-0 | | | |
| 01/25/2001 | ASSESSMENT STATUTE EXTENDED TO 12312001 | | | |
| 09/06/2001 | ASSESSMENT STATUTE EXTENDED TO 12312002 | | | |
| 08/20/2002 | ASSESSMENT STATUTE EXTENDED TO 12312003 | | | |
| 07/25/2003 | ASSESSMENT STATUTE EXTENDED TO 12312004 | | | |
| 07/25/2003 | ASSESSMENT STATUTE EXTENDED TO 06302004 | | | |
| 03/15/1994 | OVERPAID CREDIT APPLIED | | 311,428.00 | |
| 04/19/2004 | CROSS REFERENCE DATA 23-1294723 02 199312 | | | |
| 03/15/1995 | OVERPAID CREDIT APPLIED | | 267,329.25 | |
| 04/19/2004 | CROSS REFERENCE DATA 23-1294723 02 199412 | | | |
| 04/15/2004 | QUICK ASSESSMENT 29351-106-13000-4 | 559,276.00 | | |
| | LATE FILING PENALTY | .00 | | 04/15/2004 |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

HIGHMARK INC

PO BOX 890089
CAMP HILL, PA 17089

EIN/SSN: 23-1294723

U.S. CORPORATION INCOME TAX RETURN
FORM: 1120 TAX PERIOD: DEC. 1992

| DATE | EXPLANATION OF TRANSACTIONS | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| | RESTRICTED INTEREST ASSESSED 200417 | 19,480.55 | | 04/15/2004 |
| 05/10/2004 | OVERPAYMENT CLEARED | | (.70) | |
| | LATE FILING PENALTY | .00 | | 07/19/2004 |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION 29347-583-10003-4 | .00 | | 07/19/2004 |
| | LATE FILING PENALTY | .00 | | 08/23/2004 |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION 28347-618-70001-4 | .00 | | 08/23/2004 |
| 01/23/2004 | LEGAL SUIT PENDING | .00 | | |
| 01/31/1994 | TAXPAYER DELINQUENCY NOTICE | .00 | | |
| 04/15/2004 | STATUTORY NOTICE OF BALANCE DUE | .00 | | |
| | ASSESSED ITEMS BALANCE DUE | | .00 | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

HIGHMARK INC

PO BOX 890089
CAMP HILL, PA 17089

EIN/SSN: 23-1294723

U.S. CORPORATION INCOME TAX RETURN
FORM: 1120

TAX PERIOD: DEC. 1992

I certify that the foregoing transcript of the taxpayer named above in respect to the taxes specified is a true and complete transcript for the period stated, and all assessments, abatements, credits, refunds, and advance or unidentified payments, and the assessed balance relating thereto, as disclosed by the records of this office as of the date of this certification, are shown therein. I further certify that the other specified matters set forth in this transcript appear in the official records of the Internal Revenue Service.

Signature of Certifying Officer: [signature]

Print Name: Paul L. Czarnecki

Title: Accounting Control/Services Operation Manager

Delegation Order: 11

Location: Internal Revenue Service
Philadelphia, PA

Account Status Date: 03/08/2006

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

HIGHMARK INC

PO BOX 890089
CAMP HILL, PA 17089

EIN/SSN: 23-1294723

U.S. CORPORATION INCOME TAX RETURN
FORM: 1120 TAX PERIOD: DEC. 1993

| DATE | EXPLANATION OF TRANSACTIONS | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| | NET TAXABLE INCOME 198,866,608.00 | | | |
| 09/15/1994 | RETURN FILED AND TAX ASSESSED 28311-260-49601-4 199440 | 41,867,883.00 | | 10/17/1994 |
| 04/15/1993 | ESTIMATED TAX/FEDERAL TAX DEPOSIT | | 10,500,000.00 | |
| 06/15/1993 | ESTIMATED TAX/FEDERAL TAX DEPOSIT | | 7,000,000.00 | |
| 04/15/1993 | ESTIMATED TAX/FEDERAL TAX DEPOSIT | | 40,980.00 | |
| 09/15/1993 | ESTIMATED TAX/FEDERAL TAX DEPOSIT | | 9,200,000.00 | |
| 12/15/1993 | ESTIMATED TAX/FEDERAL TAX DEPOSIT | | 13,000,000.00 | |
| 04/15/1993 | OVERPAID CREDIT FROM PRIOR TAX PERIOD | | 1,549,368.70 | |
| 03/15/1994 | ESTIMATED TAX/FEDERAL TAX DEPOSIT | | 600,000.00 | |
| 03/18/1994 | INITIAL INSTALLMENT PAYMENT | | | |
| 05/02/1994 | EXTENSION OF TIME TO FILE 09151994 | | | |
| | ESTIMATED TAX PENALTY 199440 | 10,401.00 | | 10/17/1993 |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

HIGHMARK INC

PO BOX 890089
CAMP HILL, PA 17089

EIN/SSN: 23-1294723

U.S. CORPORATION INCOME TAX RETURN
FORM: 1120 TAX PERIOD: DEC. 1993

| DATE | EXPLANATION OF TRANSACTIONS | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 04/15/1994 | OVERPAYMENT CREDIT ELECT TRANSFERRED TO NEXT TAX PERIOD | | (12,064.70) | |
| 03/28/1995 | RECEIVED POA/TIA | .00 | | |
| 01/13/1997 | REMOVED POA/TIA | .00 | | |
| 01/13/1997 | RECEIVED POA/TIA | .00 | | |
| 04/03/1997 | ASSESSMENT STATUTE EXTENDED TO 06301998 | | | |
| 04/21/1998 | ASSESSMENT STATUTE EXTENDED TO 06301999 | | | |
| 02/23/1999 | ASSESSMENT STATUTE EXTENDED TO 06302000 | | | |
| 12/01/1999 | ASSESSMENT STATUTE EXTENDED TO 04302001 | | | |
| | LATE FILING PENALTY | .00 | | 02/14/2000 |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION 28347-424-1000200 | .00 | | 02/14/2000 |
| 12/31/1999 | AMENDED RETURN FILED 29977-440-01287-0 | | | |
| 01/25/2001 | ASSESSMENT STATUTE EXTENDED TO 12312001 | | | |
| 09/06/2001 | ASSESSMENT STATUTE EXTENDED TO 12312002 | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

HIGHMARK INC . PO BOX 890089 EIN/SSN: 23-1294723
CAMP HILL, PA 17089

U.S. CORPORATION INCOME TAX RETURN
FORM: 1120 TAX PERIOD: DEC. 1993

| DATE | EXPLANATION OF TRANSACTIONS | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 08/20/2002 | ASSESSMENT STATUTE EXTENDED TO 12312003 | | | |
| 07/25/2003 | ASSESSMENT STATUTE EXTENDED TO 12312004 | | | |
| 07/25/2003 | ASSESSMENT STATUTE EXTENDED TO 06302004 | | | |
| | LATE FILING PENALTY | .00 | | 04/12/2004 |
| 04/12/2004 | INTEREST DUE TAXPAYER | | | |
| 04/12/2004 | PRIOR TAX ABATED BY EXAMINATION 28347-483-70007-4 | (311,428.00) | | |
| 03/15/1994 | CREDIT TRANSFERRED | | (311,428.00) | |
| 04/19/2004 | CROSS REFERENCE DATA 23-1294723 02 199212 | | | |
| 01/23/2006 | LEGAL SUIT PENDING | .00 | | |

ASSESSED ITEMS BALANCE DUE .00

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

HIGHMARK INC

PO BOX 890089
CAMP HILL, PA 17089

EIN/SSN: 23-1294723

U.S. CORPORATION INCOME TAX RETURN
FORM: 1120

TAX PERIOD: DEC. 1993

I certify that the foregoing transcript of the taxpayer named above in respect to the taxes specified is a true and complete transcript for the period stated, and all assessments, abatements, credits, refunds, and advance or unidentified payments, and the assessed balance relating thereto, as disclosed by the records of this office as of the date of this certification, are shown therein. I further certify that the other specified matters set forth in this transcript appear in the official records of the Internal Revenue Service.

Signature of Certifying Officer: [signature]

Print Name: Paul L. Czarnecki

Title: Accounting Control/Services Operation Manager

Delegation Order: 11

Location: Internal Revenue Service
Philadelphia, PA

Account Status Date: 03/08/2006

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

HIGHMARK INC

PO BOX 890089
CAMP HILL, PA 17089

EIN/SSN: 23-1294723

U.S. CORPORATION INCOME TAX RETURN
FORM: 1120 TAX PERIOD: DEC. 1994

| DATE | EXPLANATION OF TRANSACTIONS | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| | NET TAXABLE INCOME 167,613,309.00 | | | |
| 09/19/2005 | RETURN FILED AND TAX ASSESSED 28311-266-49001-5 199551 | 35,780,069.00 | | 01/01/1996 |
| 04/15/1994 | ESTIMATED TAX/FEDERAL TAX DEPOSIT | | 10,500,000.00 | |
| 06/15/1994 | ESTIMATED TAX/FEDERAL TAX DEPOSIT | | 10,500,000.00 | |
| 09/15/1994 | ESTIMATED TAX/FEDERAL TAX DEPOSIT | | 3,000,000.00 | |
| 04/15/1994 | OVERPAID CREDIT FROM PRIOR TAX PERIOD | | 12,064.70 | |
| 12/15/1994 | ESTIMATED TAX/FEDERAL TAX DEPOSIT | | 4,000,000.00 | |
| 03/28/1995 | RECEIVED POA/TIA | .00 | | |
| 03/17/1995 | INITIAL INSTALLMENT PAYMENT | | | |
| 05/01/1995 | EXTENSION OF TIME TO FILE 09151995 | | | |
| 03/17/1995 | INITIAL INSTALLMENT PAYMENT | | | |
| 03/15/1995 | ESTIMATED TAX/FEDERAL TAX DEPOSIT | | 7,900,000.00 | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

HIGHMARK INC PO BOX 890089 EIN/SSN: 23-1294723
CAMP HILL, PA 17089

U.S. CORPORATION INCOME TAX RETURN
FORM: 1120 TAX PERIOD: DEC. 1994

| DATE | EXPLANATION OF TRANSACTIONS | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 04/15/1995 | OVERPAYMENT CREDIT ELECT TRANSFERRED TO NEXT TAX PERIOD | | (131,995.70) | |
| | ESTIMATED TAX PENALTY 199605 | 234,568.90 | | 02/12/1996 |
| | ADDITIONAL TAX ASSESSED 28354-419-15091-6 | .00 | | 02/12/1996 |
| 02/12/1996 | ESTIMATED TAX PENALTY ABATED | (234,568.90) | | |
| | ADDITIONAL TAX ASSESSED 28354-436-15053-6 | .00 | | 02/26/1996 |
| 01/13/1997 | REMOVED POA/TIA | .00 | | |
| 01/13/1997 | RECEIVED POA/TIA | .00 | | |
| 04/21/1998 | ASSESSMENT STATUTE EXTENDED TO 06301999 | | | |
| 02/23/1999 | ASSESSMENT STATUTE EXTENDED TO 06302000 | | | |
| 12/01/1999 | ASSESSMENT STATUTE EXTENDED TO 04302001 | | | |
| | LATE FILING PENALTY | .00 | | 02/14/2000 |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION 28347-424-10003-0 | .00 | | 02/14/2000 |
| 12/31/1999 | AMENDED RETURN FILED | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

HIGHMARK INC

PO BOX 890089
CAMP HILL, PA 17089

EIN/SSN: 23-1294723

U.S. CORPORATION INCOME TAX RETURN
FORM: 1120 TAX PERIOD: DEC. 1994

| DATE | EXPLANATION OF TRANSACTIONS | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 01/25/2001 | ASSESSMENT STATUTE EXTENDED TO 12312001 | | | |
| 09/06/2001 | ASSESSMENT STATUTE EXTENDED TO 12312002 | | | |
| 08/20/2002 | ASSESSMENT STATUTE EXTENDED TO 12312003 | | | |
| 07/25/2003 | ASSESSMENT STATUTE EXTENDED TO 12312004 | | | |
| 07/25/2003 | ASSESSMENT STATUTE EXTENDED TO 06302004 | | | |
| | LATE FILING PENALTY | .00 | | 04/12/2004 |
| 04/12/2004 | INTEREST DUE TAXPAYER | | | |
| 04/12/2004 | PRIOR TAX ABATED BY EXAMINATION 28347-483-70008-4 | (272,685.00) | | |
| 03/15/1995 | CREDIT TRANSFERRED | | (267,329.25) | |
| 04/19/2004 | CROSS REFERENCE DATA 23-1294723 02 199212 | | | |
| 03/15/1995 | OVERPAYMENT CREDIT TRANSFERRED | | (5,355.75) | |
| 01/23/2006 | LEGAL SUIT PENDING | .00 | | |
| 02/12/1996 | STATUTORY NOTICE OF BALANCE DUE | .00 | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

HIGHMARK INC PO BOX 890089 EIN/SSN: 23-1294723
CAMP HILL,PA 17089

U.S. CORPORATION INCOME TAX RETURN
FORM: 1120 TAX PERIOD: DEC. 1994

| DATE | EXPLANATION OF TRANSACTIONS | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| | ASSESSED ITEMS BALANCE DUE | | .00 | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

HIGHMARK INC

PO BOX 890089
CAMP HILL, PA 17089

EIN/SSN: 23-1294723

U.S. CORPORATION INCOME TAX RETURN
FORM: 1120 TAX PERIOD: DEC. 1994

I certify that the foregoing transcript of the taxpayer named above in respect to the taxes specified is a true and complete transcript for the period stated, and all assessments, abatements, credits, refunds, and advance or unidentified payments, and the assessed balance relating thereto, as disclosed by the records of this office as of the date of this certification, are shown therein. I further certify that the other specified matters set forth in this transcript appear in the official records of the Internal Revenue Service.

Signature of Certifying Officer: [signature]

Print Name: Paul L. Czarnecki

Title: Accounting Control/Services Operation Manager

Delegation Order: 11

Location: Internal Revenue Service
Philadelphia, PA

Account Status Date: 03/08/2006

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

HIGHMARK INC

PO BOX 890089
CAMP HILL,PA 17089

EIN/SSN: 23-1294723

U.S. CORPORATION INCOME TAX RETURN
FORM: 1120 TAX PERIOD: DEC. 1995

| DATE | EXPLANATION OF TRANSACTIONS | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| | NET TAXABLE INCOME 53,842,805.00 | | | |
| 09/19/1996 | RETURN FILED AND TAX ASSESSED 28311-272-45805-6 199642 | 7,828,563.00 | | 10/28/1996 |
| 03/15/1995 | ESTIMATED TAX/FEDERAL TAX DEPOSIT | | 7,900,000.00 | |
| 04/17/1995 | ESTIMATED TAX/FEDERAL TAX DEPOSIT | | 4,000,000.00 | |
| 06/03/1995 | RECEIVED POA/TIA | .00 | | |
| 03/15/1995 | CORRECTION OF ESTIMATED TAX PAYMENT | | (7,900,000.00) | |
| 04/15/1995 | OVERPAID CREDIT FROM PRIOR TAX PERIOD | | 131,995.70 | |
| 03/15/1996 | ESTIMATED TAX/FEDERAL TAX DEPOSIT | | 4,010,000.00 | |
| 03/20/1996 | INITIAL INSTALLMENT PAYMENT | | | |
| 04/22/1996 | EXTENSION OF TIME TO FILE 09151996 | | | |
| | ADDITIONAL TAX ASSESSED 28354-698-15001-6 199644 | .00 | | 11/11/1996 |
| 11/11/1996 | INTEREST DUE TAXPAYER | | 12,471.01 | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

HIGHMARK INC

PO BOX 890089
CAMP HILL, PA 17089

EIN/SSN: 23-1294723

U.S. CORPORATION INCOME TAX RETURN
FORM: 1120 TAX PERIOD: DEC. 1995

| DATE | EXPLANATION OF TRANSACTIONS | | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|---|
| 11/11/1996 | REFUND | | | (325,903.71) | |
| 01/13/1997 | REMOVED POA/TIA | | .00 | | |
| 01/13/1997 | RECEIVED POA/TIA | | .00 | | |
| 02/25/1999 | ASSESSMENT STATUTE EXTENDED TO 06302000 | | | | |
| 12/01/1999 | ASSESSMENT STATUTE EXTENDED TO 04312001 | | | | |
| | LATE FILING PENALTY | 200005 | .00 | | 02/14/2000 |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION 28347-424-10004-0 | 200005 | .00 | | 02/14/2000 |
| 12/31/1999 | DUPLICATE RETURN 29977-440-01291-0 | | | | |
| 01/25/2001 | ASSESSMENT STATUTE EXTENDED TO 12312001 | | | | |
| 09/06/2001 | ASSESSMENT STATUTE EXTENDED TO 12312002 | | | | |
| 08/20/2002 | ASSESSMENT STATUTE EXTENDED TO 12312003 | | | | |
| 07/25/2003 | ASSESSMENT STATUTE EXTENDED TO 12312004 | | | | |
| 07/25/2003 | ASSESSMENT STATUTE EXTENDED TO 06302004 | | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

HIGHMARK INC | PO BOX 890089 CAMP HILL, PA 17089 | EIN/SSN: 23-1294723

U.S. CORPORATION INCOME TAX RETURN
FORM: 1120 TAX PERIOD: DEC 1995

| DATE | EXPLANATION OF TRANSACTIONS | | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|---|
| 03/15/1998 | OVERPAID CREDIT APPLIED | | | 2,891,436.73 | |
| 04/19/2004 | CROSS REFERENCE DATA 23-1294723 02 199712 | | | | |
| 03/15/1999 | OVERPAID CREDIT APPLIED | | | 428,664.24 | |
| 04/19/2004 | CROSS REFERENCE DATA 23-1294723 02 199812 | | | | |
| 12/10/2002 | OVERPAID CREDIT APPLIED | | | 3,122,800.10 | |
| 04/19/2004 | CROSS REFERENCE DATA 23-1294723 02 200012 | | | | |
| 12/10/2002 | OVERPAID CREDIT APPLIED | | | 478,863.79 | |
| 04/19/2004 | CROSS REFERENCE DATA 23-1294723 02 199912 | | | | |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION 29351-106-13001-4 | 200417 | 4,315,910.00 | | 04/15/2004 |
| 11/11/1996 | INTEREST CORRECTION | | | (12,471.01) | |
| | RESTRICTED INTEREST ASSESSED | 200417 | 2,593,383.85 | | 04/15/2004 |
| | LATE FILING PENALTY | 200417 | .00 | | 04/15/2004 |
| | LATE FILING PENALTY | 200427 | .00 | | 07/19/2004 |

Form 4340(Rev. 03-2000)





US55

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

HIGHMARK INC

PO BOX 890089
CAMP HILL, PA 17089

EIN/SSN: 23-1294723

U.S. CORPORATION INCOME TAX RETURN
FORM: 1120 TAX PERIOD: DEC. 1995

| DATE | EXPLANATION OF TRANSACTIONS | | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|---|
| | ADDITIONAL TAX ASSESSED BY EXAMINATION 29347-583-10004-4 | 200427 | .00 | | 07/19/2004 |
| | LATE FILING PENALTY | 200432 | .00 | | 08/23/2004 |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION 28347-618-70002-4 | 200432 | .00 | | 08/23/2004 |
| 03/15/1999 | CORRECTION OF APPLIED CREDIT | | | (428,664.24) | |
| 05/16/2005 | CROSS REFERENCE DATA 23-1294723 02 199812 | | | | |
| 01/31/2005 | OVERPAID CREDIT APPLIED 01 200412 | | | 2,900.69 | |
| 08/02/2001 | OVERPAID CREDIT APPLIED | | | 428,664.24 | |
| 05/23/2005 | CROSS REFERENCE DATA 23-1294723 02 199812 | | | | |
| 01/31/2005 | OVERPAID CREDIT REVERSED | | | (2,900.69) | |
| 05/23/2005 | CROSS REFERENCE DATA 23-1294723 01 200412 | | | | |
| 10/17/2005 | RESTRICTED INTEREST ABATED | | (657,700.83) | | |
| 10/17/2005 | INTEREST DUE TAXPAYER | | | 47,117.05 | |
| | ADDITIONAL TAX ASSESSED 29354-670-18001-5 | 200540 | .00 | | 10/17/2005 |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

HIGHMARK INC

PO BOX 890089
CAMP HILL,PA 17089

EIN/SSN: 23-1294723

U.S. CORPORATION INCOME TAX RETURN
FORM: 1120 TAX PERIOD: DEC. 1995

| DATE | EXPLANATION OF TRANSACTIONS | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 10/17/2005 | REFUND | | (704,817.88) | |
| 10/17/2005 | CANCELLED REFUND CHECK | | 704,817.88 | |
| 01/23/2006 | LEGAL SUIT PENDING | .00 | | |
| 08/02/2001 | OVERPAID CREDIT APPLIED | | 2,891,436.73 | |
| 03/06/2006 | CROSS REFERENCE DATA 23-1294723 02 199712 | | | |
| 03/15/1998 | CORRECTION OF APPLIED CREDIT | | (2,891,436.73) | |
| 03/06/2006 | CROSS REFERENCE DATA 23-1294723 02 199712 | | | |
| | RESTRICTED INTEREST ASSESSED 200609 | 1,354,967.96 | | 03/13/2006 |
| 03/13/2006 | INTEREST CORRECTION | | (47,117.05) | |
| | ADDITIONAL TAX ASSESSED 83354-454-15021-6 200609 | .00 | | 03/13/2006 |
| 04/15/2004 | STATUTORY NOTICE OF BALANCE DUE | | | |
| 05/16/2005 | STATUTORY NOTICE OF BALANCE DUE | | | |
| 03/13/2006 | STATUTORY NOTICE OF BALANCE DUE | | | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

HIGHMARK INC

PO BOX 890089
CAMP HILL, PA 17089

EIN/SSN: 23-1294723

U.S. CORPORATION INCOME TAX RETURN
FORM: 1120 TAX PERIOD: DEC. 1995

| DATE | EXPLANATION OF TRANSACTIONS | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| | ASSESSED ITEMS BALANCE DUE | | 697,267.13 | |

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

HIGHMARK INC

PO BOX 890089
CAMP HILL, PA 17089

EIN/SSN: 23-1294723

U.S. CORPORATION INCOME TAX RETURN
FORM: 1120

TAX PERIOD: DEC. 1995

I certify that the foregoing transcript of the taxpayer named above in respect to the taxes specified is a true and complete transcript for the period stated, and all assessments, abatements, credits, refunds, and advance or unidentified payments, and the assessed balance relating thereto, as disclosed by the records of this office as of the date of this certification, are shown therein. I further certify that the other specified matters set forth in this transcript appear in the official records of the Internal Revenue Service.

Signature of Certifying Officer: [signature]

Print Name: Paul L. Czarnecki

Title: Accounting Control/Services Operation Manager

Delegation Order: 11

Location: Internal Revenue Service
Philadelphia, PA

Account Status Date: 03/08/2006

DEFENDANT'S EXHIBIT 7

PENNSYLVANIA BLUE SHIELD
VALUATION OF CERTAIN
INTANGIBLE ASSETS
AS OF
JANUARY 1, 1987

REDACTED

PRICEWATERHOUSECOOPERS

PricewaterhouseCoopers LLP
350 South Grand Avenue
Los Angeles CA 90071-3405
Telephone (213) 356 6000
Facsimile (213) 356 6363

September 10, 1998

Mr. Robert C. Gray
Senior Vice President of Finance, Treasurer
Highmark, Inc.
120 Fifth Ave
Pittsburgh, PA 15222

**RE: Valuation of Intangible Assets**

Dear Mr. Gray:

In accordance with your authorization, PricewaterhouseCoopers LLP ("PricewaterhouseCoopers") has completed a valuation analysis of the intangible assets and business enterprise of Pennsylvania Blue Shield ("PBS," the "Company," or the "Plan"). The purpose of the study was to determine the fair market value of the intangible assets as of January 1, 1987 ("Valuation Date"). It is our understanding that the values determined will be used by the Company's management to determine the tax basis of the assets under Section 1012 of the Tax Reform Act of 1986.

In arriving at our conclusions of values for the intangible assets of PBS, we considered the income, market and cost approaches. The income approach measures the economic benefits generated by an asset over its remaining useful life. These benefits are discounted to their present value equivalent by a risk adjusted rate of return. The market approach compares the transaction price of similar assets adjusted for functional and economic obsolescence (i.e., condition and utility). The cost approach considers the cost associated with replacement or reproduction of an asset less physical deterioration and functional and economic obsolescence.

Our study focused upon estimating the fair market value of the business enterprise and intangible assets of PBS, as of January 1, 1987, and has employed the following definition of "fair market value":

> "...the price at which the property would change hands between a willing buyer and a willing seller, neither being under any compulsion to buy or sell and both having reasonable knowledge of relevant facts." (Revenue Ruling 59-60)

In performing our valuation analysis, we relied on the Company's historical and projected financial, strategic and operating information and representations made by PBS management. Projected financial information and their underlying assumptions were also provided by management. These projections were prepared for tax reporting and internal planning purposes only, and therefore are not prepared in accordance with AICPA standards.

REDACTED