# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HIGHMARK, INC., SUCCESSOR IN INTEREST TO PENNSYLVANIA BLUE SHIELD AND SUBSIDIARIES<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | Civil Action No. 05-1030 T<br>Judge Margolis |

## PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT

The plaintiff, Highmark, Inc., successor in interest to Pennsylvania Blue Shield and Subsidiaries, with the defendant's consent, respectfully moves the Court for an enlargement of time of 14 days, from March 19, 2007, to and including April 2, 2007, within which to file a response to the defendant's motion for summary judgment under Rule 56 of the Rules of the United States Court of Federal Claims. This is the first enlargement requested for this purpose. The plaintiff is not requesting any other change to the existing schedule.

As good cause therefor, the plaintiff states as follows:

Dispositive motions, such as the defendant's recent motion for summary judgment, were due on January 2, 2007. Without opposition from Highmark, the defendant requested and received two extensions of time within which to file its motion totaling about six weeks. The defendant filed its motion for summary judgment, which would dispose of all the issues in the case if granted, on February 15, 2007. Highmark needs an extension of two weeks within which to prepare responsive papers which will adequately present all of its arguments to the Court.

We are authorized to state that counsel for the United States has no objection to this request.

WHEREFORE, the plaintiff prays that its Motion be granted.

Respectfully submitted,

/s/ Arthur Newbold
ARTHUR NEWBOLD
Attorney of Record
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
Phone (215) 994-2624
Fax (215) 655-2624

Counsel for Plaintiff

Date: March 5, 2007

Of Counsel:

Frederick J. Gerhart
James J. Spadaro, Jr.
David N. Sontag
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104

CERTIFICATE OF SERVICE

I certify that service of the foregoing document has, this 5th day of March, 2007, been made on the Defendant's attorney electronically, and by mailing a copy thereof to the following address:

Karen E. Servidea, Esquire
U.S. Department of Justice
Tax Division Court of Federal Claims Section, JCB/8804
555 4th Street, N.W.
Washington, D.C. 20001

David Sontag