# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
HIGHMARK, INC., SUCCESSOR IN INTEREST TO PENNSYLVANIA BLUE SHIELD AND SUBSIDIARIES,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

No. 05-1030T

(Filed: March 8, 2007)

**O R D E R**

Plaintiff's unopposed motion, filed March 5, 2007, for an enlargement of time, to and including April 2, 2007, to file its response to defendant's motion for summary judgment is **GRANTED.**

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims