IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HIGHMARK, INC., SUCCESSOR IN INTEREST TO PENNSYLVANIA BLUE SHIELD AND SUBSIDIARIES, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 05-1030 T<br>Judge Margolis |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR LEAVE TO FILE A SURREPLY IN SUPPORT OF ITS MOTION TO SUSPEND PRETRIAL PROCEEDINGS AND REQUEST FOR EXPEDITED REVIEW

Defendant, the United States of America, respectfully requests leave to file a Surreply in Support of Its Motion to Suspend Pretrial Proceedings and Request for Expedited Review.

As good cause therefor, defendant states as follows:

On March 1, 2007, defendant filed a Motion to Suspend Pretrial Proceedings pending the resolution of defendant's motion for summary judgment, which could dispose of all issues in this case. Plaintiff filed a Response in Opposition to Defendant's Motion to Suspend Pretrial Proceedings on March 8, 2007. Defendant filed a Reply in Support of its Motion to Suspend Pretrial Proceedings and Request for Expedited Review on March 9, 2007. Plaintiff filed a Surreply in Opposition to the Defendant's Motion to Suspend Pretrial Proceedings ("Plaintiff's Surreply") on March 13, 2007. Although the Rules of the Court of Federal Claims do not

provide for a movant to file more than its Motion and a Reply, defendant wishes to more fully explain certain matters raised by plaintiff in its Surreply.

WHEREFORE, defendant prays that its Motion for Leave be granted.

Respectfully submitted,

s/ Karen Servidea
KAREN SERVIDEA
*Attorney of Record*
*U.S. Department of Justice, Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
*Voice: (202) 616-3423*
*Fax: (202) 514-9440*
*Email: karen.e.servidea@usdoj.gov*

EILEEN J. O'CONNOR
*Assistant Attorney General*
DAVID GUSTAFSON
*Chief, Court of Federal Claims Section*
W.C. RAPP
*Senior Trial Attorney*

s/ W.C. Rapp
Of Counsel

March 14, 2007