# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

HIGHMARK, INC., SUCCESSOR IN INTEREST TO PENNSYLVANIA BLUE SHIELD AND SUBSIDIARIES,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

No. 05-1030T

(Filed: March 14, 2007)

**AMENDED SCHEDULING ORDER**

**It is hereby ORDERED** the following amended schedule shall be followed by the parties:

| **Event** | **Deadlines** |
|---|---|
| Defendant's RCFC 12(b) and 56 motion(s) | February 15, 2007 |
| Fact Discovery | April 18, 2007 |
| Plaintiff's Expert Report(s) | May 21, 2007 |
| Defendant's Expert Report(s) | August 13, 2007 |
| Plaintiff's Rebuttal Report(s) | October 15, 2007 |
| Defendant's Surrebuttal Report(s) | October 31, 2007 |
| Expert Depositions and Further Expert Discovery | December 13, 2007 |

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims