# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
HIGHMARK, INC., SUCCESSOR IN INTEREST TO PENNSYLVANIA BLUE SHIELD AND SUBSIDIARIES,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

No. 05-1030T

(Filed: April 10, 2007)

**O R D E R**

Defendant's motion to amend the pretrial schedule and for leave to serve more than 25 interrogatories, filed March 16, 2007, is **GRANTED IN PART** and **DENIED IN PART**.

1. The Court **GRANTS** leave for defendant to serve 10 additional interrogatories.

2. Fact discovery shall be extended by two months. It is hereby **ORDERED** the following amended schedule shall be followed by the parties:

| **Event** | **Deadlines** |
|---|---|
| Fact Discovery | June 17, 2007 |
| Plaintiff's Expert Report(s) | July 20, 2007 |
| Defendant's Expert Report(s) | October 12, 2007 |
| Plaintiff's Rebuttal Report(s) | December 14, 2007 |
| Defendant's Surrebuttal Report(s) | December 30, 2007 |
| Expert Depositions and Further Expert Discovery | February 11, 2008 |

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims