# In the United States Court of Federal Claims

| | |
|---|---|
| HIGHMARK, INC., SUCCESSOR IN INTEREST TO PENNSYLVANIA BLUE SHIELD AND SUBSIDIARIES, Plaintiff, v. THE UNITED STATES, Defendant. | No. 05-1030T (Filed: May 30, 2007) |

**O R D E R**

A hearing in court on the cross-motions for summary judgment is set for Wednesday, June 20, 2007, at 10:00 a.m. The courtroom shall be noted on the court calendar posted on the directory in the first floor lobby.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims