# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

HIGHMARK, INC., SUCCESSOR IN INTEREST TO PENNSYLVANIA BLUE SHIELD AND SUBSIDIARIES,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

No. 05-1030T

(Filed: September 27, 2007)

## ORDER

Defendant's motion to amend the pretrial schedule, filed on September 25, 2007, is **GRANTED**.

It is hereby **ORDERED** that the following amended schedule shall be followed by the parties:

| **Event** | **Deadlines** |
|---|---|
| Defendant's Expert Report(s) | November 13, 2007 |
| Plaintiff's Rebuttal Report(s) | January 15, 2008 |
| Defendant's Surrebuttal Report(s) | January 31, 2008 |
| Expert Depositions and Further Expert Discovery | March 14, 2008 |

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims