IN THE UNITED STATES COURT OF FEDERAL CLAIMS

HIGHMARK, INC., SUCCESSOR IN INTEREST TO PENNSYLVANIA BLUE SHIELD AND SUBSIDIARIES,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

Civil Action No. 05-1030 T
Judge Margolis

# JOINT MOTION TO AMEND THE PRETRIAL SCHEDULE

The plaintiff, Highmark, Inc., Successor in Interest to Pennsylvania Blue Shield and Subsidiaries, and the defendant, the United States of America (jointly referred to as "the parties"), by and through their attorneys, jointly move for (a) an extension of time of thirty (30) days for the deadline for the plaintiff to file its rebuttal expert report set forth in the Court's September 27, 2007 Order, (b) a parallel addition of thirty (30) days for the defendant to file its rebuttal expert report(s), and (c) a corresponding extension of all the remaining deadlines set forth in the Court's September 27, 2007 Order, for the following reasons:

1. Highmark needs thirty (30) additional days to serve its rebuttal expert report in response to the defendant's two expert reports.

2. The United States will need an additional thirty (30) days to respond to Highmark's expert rebuttal report.

3. The parties therefore request that the Court modify the existing schedule to accommodate these two parallel requests for thirty (30) additional days as follows:

| Event | Present Schedule | Requested Schedule |
|---|---|---|
| Plaintiff's Rebuttal Report(s) | January 15, 2008 | February 14, 2008 |
| Defendant's Surrebuttal Report(s) | January 31, 2008 | March 31, 2008 |
| Expert Depositions and Further Expert Discovery | March 14, 2008 | May 13, 2008 |

WHEREFORE, the plaintiff and the defendant jointly request that this Honorable Court grant this Motion and extend the dates of the current scheduling order as set forth above.

Date: December 12, 2007

Respectfully submitted,

Arthur Newbold
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
215-994-4000
Attorney for Highmark, Inc.

Of counsel:
Jeffrey G. Weil
Frederick J. Gerhart
David N. Sontag
Jeffrey R. Boles
Dechert LLP
Cira Centre, 2929 Arch Street
Philadelphia, PA 19104

KAREN SERVIDEA
*Attorney of Record*
*U.S. Department of Justice, Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
*Voice: (202) 616-3423*
*Fax: (202) 514-9440*
*Email: karen.e.servidea@usdoj.gov*

RICHARD T. MORRISON
*Acting Assistant Attorney General*
DAVID GUSTAFSON
*Chief, Court of Federal Claims Section*
W.C. RAPP
*Senior Trial Attorney*

Of Counsel
Attorneys for Defendant



11800937.1.TAX

2916549.1

2927237.1