IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HIGHMARK, INC., SUCCESSOR IN INTEREST TO PENNSYLVANIA BLUE SHIELD AND SUBSIDIARIES, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 05-1030 T<br>Judge Margolis |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

JOINT MOTION TO AMEND THE SCHEDULING ORDER

Defendant, the United States of America, and plaintiff, Highmark, Inc., Successor in Interest to Pennsylvania Blue Shield and Subsidiaries, jointly move to re-open fact discovery for a period of forty-five days and to extend each of the remaining deadlines on the Court's December 18, 2007, Scheduling Order by a corresponding period of time. As good cause therefore, the parties state as follows:

Pursuant to the Court's April 10, 2007, Scheduling Order, the period for fact discovery expired on June 17, 2007. The parties are now in the midst of expert discovery. *See* Amended Scheduling Order, dated December 18, 2007.

In January and February 2008 (after the close of fact discovery), plaintiff produced additional factual information and data responsive to discovery requests served by defendant during fact discovery. The parties agree that defendant should have the opportunity to analyze this additional information and review it in connection with its surrebuttal expert report(s).

Accordingly, the parties respectfully request that the Court amend the December 18, 2007, Scheduling Order, to re-open fact discovery for a period of forty-five days from the date of such amendment and to extend by forty-five days each of the remaining deadlines on the December 18, 2007, Scheduling Order.

If the Court grants this Motion, the amended schedule would be as follows:

| Event | Deadlines |
|---|---|
| Fact Discovery | Forty-five days after the Court grants this Motion |
| Defendant's Surrebuttal Report(s) | May 15, 2008 |
| Expert Depositions and Further Expert Discovery | June 27, 2008 |

WHEREFORE, the parties pray that their joint motion be granted.

Respectfully submitted,

KAREN SERVIDEA
*Attorney of Record*
*U.S. Department of Justice, Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
*Voice: (202) 616-3423*
*Fax: (202) 514-9440*
*Email: karen.e.servidea@usdoj.gov*

NATHAN J. HOCHMAN
*Assistant Attorney General*
DAVID GUSTAFSON
*Chief, Court of Federal Claims Section*
W.C. RAPP
*Senior Trial Attorney*

Of Counsel

Attorneys for Defendant

Arthur Newbold
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
Voice: (215) 994-4000

Attorney for Plaintiff

March 12, 2008