# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

HIGHMARK, INC., SUCCESSOR IN INTEREST TO PENNSYLVANIA BLUE SHIELD AND SUBSIDIARIES,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

No. 05-1030T

(Filed: March 18, 2008)

**ORDER**

The joint motion to amend the pretrial schedule, filed on March 12, 2008, is **GRANTED**.

It is hereby **ORDERED** that the following amended schedule shall be followed by the parties:

| Event | Deadlines |
|---|---|
| Fact Discovery | May 2, 2008 |
| Defendant's Surrebuttal Report(s) | May 15, 2008 |
| Expert Depositions and Further Expert Discovery | June 27, 2008 |

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims