IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HIGHMARK, INC., SUCCESSOR IN INTEREST TO PENNSYLVANIA BLUE SHIELD AND SUBSIDIARIES, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 05-1030 T<br>Judge Margolis |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

JOINT MOTION TO SET A TRIAL DATE

Pursuant to RCFC 40, defendant, the United States of America, and plaintiff, Highmark, Inc., Successor in Interest to Pennsylvania Blue Shield and Subsidiaries, respectfully ask that the Court set this case for trial on November 10, 2008, at the National Courts Building in Washington, D.C. In the alternative, the parties request a trial date of November 3, 2008, or, as a third alternative, December 1, 2008. The parties expect the trial to last approximately seven to ten days.

As good cause therefor, the parties state:

Pursuant to the Court's March 18, 2008, Scheduling Order, all discovery in this case closed on June 27, 2008. The Court has not yet set a trial date. Although the parties intend to explore the possibility of settling this matter without the necessity of a trial, they nevertheless ask that the Court set a trial date so that they may plan their schedules accordingly. After conferring with each other, the parties have determined that a November 10, 2008, trial date would best accommodate their preexisting schedules. If the Court is not available on that date,

then the parties alternatively propose a trial date of November 3, 2008. Alternatively to that, the parties propose December 1, 2008, as a trial date.

WHEREFORE, the parties pray that their joint motion be granted.

Counsel for plaintiff has consented to the filing of this Joint Motion to Set a Trial Date by defendant's attorney of record.

Respectfully submitted,

/s/ Karen Servidea

KAREN SERVIDEA
*Attorney of Record*
*U.S. Department of Justice, Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
*Voice: (202) 616-3423*
*Fax: (202) 514-9440*
*Email: karen.e.servidea@usdoj.gov*

NATHAN J. HOCHMAN
*Assistant Attorney General*
DAVID GUSTAFSON
*Chief, Court of Federal Claims Section*
W.C. RAPP
*Senior Trial Attorney*

/s/ W.C. Rapp
Of Counsel

Attorneys for Defendant

July 18, 2008