# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | | |
| HIGHMARK, INC., SUCCESSOR IN INTEREST TO PENNSYLVANIA BLUE SHIELD AND SUBSIDIARIES, | * | |
| Plaintiff, | * | No. 05-1030T |
| v. | * | (Filed: September 11, 2008) |
| THE UNITED STATES, | * | |
| Defendant. | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | | |

**O R D E R**

The parties' joint motion, filed July 18, 2008, to set a trial date is **GRANTED**.

**It is hereby ORDERED:**

A five-day trial is set for Monday, January 12, 2009, at 9:30 a.m, at the National Courts Building in Washington, DC.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims